DJW/bh

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**EMEL SMITH,**

                **Plaintiff,**

                                    **CIVIL ACTION**

**v.**

                                    **No.  06-3146-KHV-DJW**

**L.E. BRUCE, et al.,**

                **Defendants.**

### ORDER

The Court hereby grants the Motion for Leave to Withdraw (doc. 86) filed by Melissa S. Lockton. Accordingly, Melissa S. Lockston is hereby withdrawn as counsel for Defendant Aramark. Said Defendant remains represented by James S. Kreamer.

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 12th day of February 2008.

                                                    s/ David J. Waxse
                                                    David J. Waxse
                                                    U.S. Magistrate Judge

cc:    All counsel and *pro se* parties