DJW/bh

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**EMEL SMITH,**

                  **Plaintiff,**

**v.**

**ARAMARK,**

                  **Defendant.**

**CIVIL ACTION**

**No.  06-3146-KHV-DJW**

## ORDER

A telephone conference was held in this case on April 15, 2008. Plaintiff appeared pro se. Defendant appeared through counsel Jarod Goff. The telephone conference was initially scheduled as a Pretrial Conference; however, the Court found it necessary to continue the Pretrial Conference to **May 1, 2008 at 1:00 p.m.** The Pretrial Conference will take place by telephone.

Plaintiff is directed to make his revisions to Defendant's proposed Pretrial Order and to mail his revisions to Defendant's counsel in time for counsel to receive the revisions by **April 25, 2008.** Defendant's counsel shall submit the parties' joint revised proposed Pretrial Order to the Magistrate Judge by **5:00 p.m. on April 29, 2008.**

In the Court's March 11, 2008 Order (doc. 92), the Court canceled the settlement conference set for March 18, 2008 and indicated that the settlement conference would be rescheduled at a later date. Upon further review of the file, including Defendant's February 21, 2008 Confidential Settlement Report in which Defendant indicates it is not willing to make any monetary offer to settle the case, the Court determines that it will *not* reschedule the settlement conference.

**IT IS SO ORDERED**.

Dated at Kansas City, Kansas on this 15th day of April 2008.

s/ David J. Waxse
David J. Waxse
U.S. Magistrate Judge

cc: All Counsel
and
Emel Smith
70657
Ellsworth Correctional Facility
P.O. Box 107
Ellsworth, KS 67439
and
Angela Seaton
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64109